

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,896-01

### EX PARTE TAMARA BOND, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR21930-A IN THE 35TH DISTRICT COURT
### FROM BROWN COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance and sentenced to five years' imprisonment. She did not appeal her conviction.

Applicant contends that adjudication-of-guilt counsel advised her that she would be eligible for release to parole after serving fourteen months of her sentence. Counsel filed a sworn affidavit in response to Applicant's claim, and the trial court has determined that counsel was ineffective. Relief is granted. *Ex parte Moussazadeh*, 361 S.W.3d 684 (Tex. Crim. App. 2012). The judgment

in case number CR21930 in the 35th District Court of Brown County is set aside, and Applicant is remanded to the custody of the Sheriff of Brown County to answer the allegations in the State's motion to adjudicate guilt. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.


Delivered: September 17, 2014
Do not publish